# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Shane Spierdowis | ) Case No. 20-mj-1074-DLC |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 24, 2021** in the county of **Plymouth** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | WIre fraud, that is, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud – specifically, by causing $101,517 in funds derived from an SBA loan to be wired into RTC Account 9583. |

This criminal complaint is based on these facts:

Please see the affidavit of U.S. Secret Service Special Agent Jordan Knight, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Jordan Knight, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to by telephone pursuant to Fed. R. Crim. P. 4.1.

Date: 03/04/2021

*Judge's signature*

City and state: Boston, MA    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*